UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-756-SDJ |
| | § | |
| $23,565.63 IN UNITED STATES CURRENCY | § § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 15, 2021, the Report of the Magistrate Judge, (Dkt. #20), was entered containing proposed findings of fact and recommendation that the United States' Motion for Default Judgment, (Dkt. #17), be granted. Having assessed the Report, and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the United States' Motion for Default Judgment, (Dkt. #17), is **GRANTED**, and a judgment of forfeiture shall be entered in favor of the United States finding that all right, title, and interest in the Defendant Property, $23,565.63 in United States currency seized from Bank of America account x2598 in the name of Rafael Gallegos, Jr. on June 18, 2020, is hereby vested in the United States and that the Defendant Property shall be disposed of according to law.

**So ORDERED and SIGNED this 19th day of January, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE